■ In the Matter of ROBERT TUMMINIA, Petitioner, v JOHN B. LEMKE, Superintendent, Five Points Correctional Facility, et al., Respondents. [913 NYS2d 631]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered May 21, 2010) to review a determination of respondents. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Centra, J.P., Lindley, Sconiers, Green and Gorski, JJ.